■ In the Matter of GEORGE MORSE et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— In a proceeding pursuant to article 78 of the CPLR to review and annul a determination of the respondent Superintendent of Schools and for other relief, petitioners appeal from a judgment of the Supreme Court, Queens County, dated June 26, 1969, which dismissed the petition. On the court's own motion, appeal dismissed, without costs. On the argument of the appeal, respondents stated that petitioners have obtained the relief sought in their petition, namely, that their son is now attending the Junior High School of their choice. Such allegation is uncontroverted by petitioners. Under the circumstances, the appeal is moot. Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.

■ In the Matter of SAVE HOLDING CORP., Respondent, v. JAN H. VAN DEN HENDE, as Mayor of the Incorporated Village of Pomona, et al., Appellants.— In a proceeding pursuant to article 78 of the CPLR, the Village of Pomona and certain of its officials appeal from a judgment of the Supreme Court, Rockland County, entered July 31, 1969, which (a) directed the appellant Building Inspector to issue building permits for petitioner's subdivision known as " Section II The Mountain at Calls Hollow" and (b) enjoined the appellant Trustees of the Village of Pomona from directing said Building Inspector not to issue such permits. Judgment modified, on the law and the facts, by adding a provision thereto that petitioner is directed, pursuant to its consent, (1) to have any performance bonds now running to the Town of Haverstraw amended so as to include the Village of Pomona as an additional party for whose benefit the bonds shall be effective and (2) to deliver such bonds, as so amended, to said Village within 10 days after entry of the order hereon. As so modified, judgment affirmed, with costs. (See *Matter of Kanaje Corp.* v. *Van Den Hende,* 33 A D 2d 905.) Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.